UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | 20 Cr. 0022 (PAC) |
| - v. - | S1 19 Cr. 323 (JSR) |
| ANGEL CRISPIN, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION TO CONSOLIDATE FOR PLEA AND SENTENCING

The Government hereby moves, on consent, to consolidate the above-captioned cases for plea and sentencing as to defendant Angel Crispin. The Government has conferred with counsel to the defendant regarding a resolution of these cases by plea agreement. In particular, the Government understands that Crispin intends to enter a plea of guilty as to Count One of each of the above-referenced indictments. The parties are jointly requesting that these matters be consolidated for plea and sentencing as to this defendant only and that a date for change of plea be set at the Court's earliest convenience.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney for the
        Southern District of New York

By: _____
        Celia V. Cohen
        Assistant United States Attorney
        (212) 637-2466