K1LKCRISN

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4               v.                          20 CR 22 (PAC)

5   ANGEL CRISPIN, JOSE MARICHAL,

6               Defendants.

7   ------------------------------x

8                                    New York, N.Y.
                                     January 21, 2020
9                                    10:05 a.m.

10  Before:

11                  HON. PAUL A. CROTTY,

12                                           District Judge

13
                            APPEARANCES
14

15  GEOFFREY S. BERMAN,
         United States Attorney for the
16       Southern District of New York
    CELIA V. COHEN
17       Assistant United States Attorney

18  MICHAEL TREMONTE
         Attorney for Defendant Crispin
19
    RICHARD PALMA
20       Attorney for Defendant Marichal

21
    ALSO PRESENT:  MIRTA HESS, Spanish Interpreter
22

23

24

25

1          (Case called)

2          MS. COHEN:  Good morning, your Honor.  Celia Cohen for

3     the government.

4          THE COURT:  Ms. Cohen.

5          MR. PALMA:  Good morning, your Honor.  For Jose

6     Marichal, Richard Palma.  Good morning.

7          THE COURT:  Mr. Palma, good morning.

8          MR. TREMONTE:  Good morning, your Honor.  Michael

9     Tremonte for Angel Cripsin, who's to my left.

10          THE COURT:  Please be seated.

11          The purpose, Ms. Cohen, is to arraign the defendants?

12          MS. COHEN:  That's correct, your Honor.

13          THE COURT:  Okay.

14          Mr. Palma, Mr. Tremonte -- am I pronouncing it

15     correctly?

16          MR. TREMONTE:  The last name of my client is Crispin.

17          THE COURT:  No, your name.

18          MR. TREMONTE:  Oh, Michael Tremonte, sorry.

19          THE COURT:  Tremonte; sorry.

20          Mr. Palma, we'll arraign your client first.

21          MR. PALMA:  Certainly, your Honor.

22          THE COURT:  It's Mr. Marichal?

23          DEFENDANT MARICHAL:  Yes.

24          THE COURT:  Have you seen a copy of the indictment?

25          DEFENDANT MARICHAL:  Yes.

1          THE COURT:  Have you had a chance to talk to Mr. Palma

2     about it?

3          DEFENDANT MARICHAL:  Yes.

4          THE COURT:  Do you want me to read the indictment to

5     you, or do you waive the reading?

6          DEFENDANT MARICHAL:  I waive it.

7          THE COURT:  Okay.

8          Do you want to enter your plea now, Mr. Marichal?

9          DEFENDANT MARICHAL:  Not guilty.

10         THE COURT:  A plea of not guilty will be entered.

11         Mr. Crispin, have you seen a copy of the indictment?

12         DEFENDANT CRISPIN:  Yes.

13         THE COURT:  Okay.

14         You've had a chance to talk with your attorney about

15     it?

16         DEFENDANT CRISPIN:  Yes.

17         THE COURT:  Do you want me to read it to you, or do

18     you waive the reading?

19         DEFENDANT CRISPIN:  No.

20         THE COURT:  You don't want it read to you?

21         DEFENDANT CRISPIN:  No.

22         THE COURT:  All right.

23         And you want to enter your plea now, Mr. Crispin?

24         DEFENDANT CRISPIN:  Not guilty.

25         THE COURT:  A plea of not guilty will be entered.

1          We have previously arraigned five codefendants.  We've

2   agreed on a date for the next conference of March 19?

3          THE DEPUTY CLERK:  Yes.

4          THE COURT:  When is production of discovery going to

5   start?

6          MS. COHEN:  We hope this week, your Honor.  We've been

7   in touch with the discovery coordinator for defense counsel.

8   Once they tell us they're ready to start receiving discovery

9   and can provide us a hard drive, we're ready to start

10  producing.

11         THE COURT:  Okay.

12         Is there anything else to do today?  Do you want to

13  exclude time to March 19th?

14         MS. COHEN:  Yes, your Honor.  And I think you've

15  already done that with respect to the other defendants.

16         THE COURT:  All right.

17         Well, for the record, Mr. Palma and Mr. Tremonte,

18  we're excluding time between now and March 19.  It's in the

19  interests of justice to do so.  Those interests outweigh the

20  interests of the defendants in a speedy trial.

21         MR. PALMA:  No objection.

22         MR. TREMONTE:  No objection, your Honor.

23         MR. PALMA:  Your Honor, just to confirm, the time on

24  the 19th is noon; is that correct?

25         THE DEPUTY CLERK:  Yes.

K1LKCRISN

1          MR. PALMA:  Thank you.

2          THE COURT:  Anything else to take up today?

3          MS. COHEN:  Not from the government.  Thank you, your

4     Honor.

5          THE COURT:  Mr. Palma?

6          MR. PALMA:  Nothing else.  Thank you.

7          THE COURT:  Mr. Tremonte.

8          MR. TREMONTE:  Nothing else.  Thank you.

9          THE COURT:  Thank you very much.

10                                * * *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25